# ALABAMA COURT OF CRIMINAL APPEALS



December 5, 2025

**CR-2024-0455**
Earl Manassa v. State of Alabama (Appeal from Mobile Circuit Court: CC-03-416.63, CC-03-417.61, CC-03-418.61, CC-03-419.61, and CC-03-420.61)

## **NOTICE**

You are hereby notified that on December 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk